1

2

3

4

5

6

7                           UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10   ADOBE LUMBER, INC., a California    )
     corporation,                        )        NO. CV S-02-186 GEB GGH
11                                        )
                         Plaintiff,       )
12                                        )
               v.                         )        ORDER
13                                        )
     HAROLD TAECKER, an individual, and   )
14   GERALDINE TAECKER, an individual,    )
                                          )
15                       Defendants.      )
                                          )
16                                        )
     AND RELATED COUNTERCLAIM AND         )
17   THIRD PARTY COMPLAINT.               )
                                          )
18

19           Third Party Defendant Joseph Montalvo has filed a request

20   for entry of partial judgment under Federal Rule of Civil Procedure

21   54(b).  Rule 54(b) prescribes that "the court may direct the entry of

22   a final judgment as to one or more but fewer than all of the claims or

23   parties only upon an express determination that there is no just

24   reason for delay . . . ."  Fed. R. Civ. P. 54(b).  This requires

25   considering "judicial administrative interests as well as the equities

26   involved" because "[n]ot all final judgments on individual claims

27   should be immediately appealable, even if they are in some sense

28   separable from the remaining unresolved claims."  Curtiss-Wright Corp.

                                      1

1  v. General Elec. Co., 446 U.S. 1, 8 (1980).  "Judgment under Rule

2  54(b) must be reserved for the unusual case in which the costs and

3  risks of multiplying the number of proceedings and overcrowding the

4  appellate docket are outbalanced by the pressing needs of the

5  litigants for an early and separate judgment as to some claims or

6  parties."  Morrison-Knudsen Co. v. J.D. Archer, 655 F.2d 962, 965-66

7  (9th Cir. 1981); see also Continental Airlines, Inc. v. Goodyear Tire

8  & Rubber Co., 819 F.2d 1519, 1525 (9th Cir. 1987) ("the solution for

9  Rule 54(b) purposes lies in a more pragmatic approach focusing on

10  severability and efficient judicial administration").

11          Since Defendant Montalvo has not provided reasons justifying

12  the entry of partial judgment, his request is denied.

13          IT IS SO ORDERED.

14  Dated:  June 13, 2005

15
                              /s/ Garland E. Burrell, Jr.
16                            GARLAND E. BURRELL, JR.
                              United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

2