DOWNEY BRAND LLP
STEVEN H. GOLDBERG (BAR NO. 140039)
MERSWIND C. REYER (BAR NO. 179289)
JASON E. RIOS (BAR NO. 190086)
WHITNEY K. MCGUIRE (BAR NO. 232403)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Third-Party Defendant
Joseph Montalvo, as general partner for Woodland
Shopping Center, a limited partnership

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE LUMBER, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD TAECKER, an individual, GERALDINE TAECKER, an individual,<br><br>Defendants.<br><br>AND RELATED ACTIONS | Case No. CIV S-02-0186 GEB GGH<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING THIRD-PARTY DEFENDANT JOSEPH MONTALVO FROM HAROLD AND GERALDINE TAECKER'S SECOND AMENDED THIRD PARTY COMPLAINT** |

## STIPULATION

This Stipulation is entered into by and among Third-Party Defendant Joseph Montalvo ("Montalvo") and Third-Party Plaintiffs, Harold and Geraldine Taecker (the "Taeckers"). Montalvo and the Taeckers shall be referred to individually as "Party" or collectively as "Parties" in this Stipulation.

WHEREAS, in its May 24, 2005, Order on Montalvo's Motion for Summary Judgment, to which the Taeckers filed a Non-Opposition, this Court granted Montalvo's Motion for Summary Judgment,

NOW, THEREFORE, in light of the foregoing recitals and pursuant to Federal Rule of

684938.1

1

Civil Procedure 41(c), the Parties stipulate as follows and jointly request that the Court enter the following Proposed Order:

Third-Party Defendant Joseph Montalvo is hereby dismissed from the Taeckers' Second Amended Third Party Complaint <u>with prejudice</u>, each Party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: June __, 2005          DOWNEY BRAND LLP


By: _____/s/_____
MERSWIND C. REYER
Attorney for Third-Party Defendant
Joseph Montalvo, as general partner for Woodland
Shopping Center, a limited partnership

DATED: June __, 2005          LEWIS BRISBOIS BISGAARD & SMITH LLP


By: _____/s/_____
BRIGITTE MAYO
Attorney for Defendants and Third-Party Plaintiffs
Harold and Geraldine Taecker

### [PROPOSED] ORDER

Having considered the foregoing Stipulation and good cause appearing therefor,

IT IS SO ORDERED.

DATED: June 23, 2005

/s/Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge